# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAMMY LEE RUTH,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:07-cv-1486-Orl-22KRS**

**CITY OF APOPKA,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Notice of Settlement, Motion for Approval of Settlement, and on the Unopposed Submission for Attorney's Fees Pursuant to Joint Motion to Approve Settlement.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Consent and Approval to Report and Recommendation (Doc. No. 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Specifically, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act provisions.

Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation filed March 23, 2009 (Doc. No. 34) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Approval of Settlement (Doc. No. 29) is GRANTED.

3. The Unopposed Submission for Attorney's Fees Pursuant to Joint Motion to Approve Settlement (Doc. No. 31) is GRANTED.

4. Counsel for Plaintiff shall allocate any funds recovered from Defendant first to Ruth, until Ruth receives the agreed $39,000.00, less applicable taxes and withholding, as FLSA compensation, and only thereafter to attorney's fees and costs. Counsel for Plaintiff is prohibited from withholding any portion of the $39,000.00 payable to Ruth under the settlement agreement.

5. The Court DECLINES to reserve jurisdiction to enforce the settlement agreement.

6. Counsel for Ruth is DIRECTED to provide a copy of this Order to Ruth.

7. This case is DISMISSED without prejudice subject to the right of the parties to file a motion for dismissal with prejudice or for entry of judgment within thirty (30) days.

8. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 27, 2009.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record